UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 6:20-cr-97-GAP-LHP

JOEL MICAH GREENBERG     **FILED UNDER SEAL**

**SEALED SUPPLEMENTAL MEMORANDUM BY THE
UNITED STATES REGARDING DEFENDANT'S COOPERATION**

In addition to the information Joel Micah Greenberg provided in connection with the charged cases referenced in the United States' publicly filed motion for downward departure, Greenberg also has provided information related to other matters investigated by the United States Attorney's Office for the Middle District of Florida and other entities, including pending investigations that have not resulted in charges.

As part of his cooperation, Greenberg met with the United States Attorney's Office for the Middle District of Florida on nine occasions, and Greenberg has provided additional information through his counsel.  Through his cooperation with the United States Attorney's Office for the Middle District of Florida, Greenberg has provided truthful and timely information about the potential criminal conduct of other individuals, some of whom are subjects of ongoing investigations by the United States Attorney's Office for the Middle District of Florida.  There are three ongoing investigations for which the United States Attorney's Office for the Middle District of Florida believes that Greenberg has provided substantial assistance for which

Greenberg should receive credit for his cooperation in connection with his sentencing.

First, Greenberg has provided assistance regarding his involvement in a conspiracy to submit false claims to the Small Business Administration and to bribe an employee of the Small Business Administration. Greenberg has pleaded guilty to this offense (Count Twenty-Six). As explained in the United States' public filing, one of the other participants in his conspiracy has been charged, has pleaded guilty, and is pending sentencing. *See United States v. Teresa McIntyre*, 6:22-cr-78-WWB-EJK.

Greenberg's Plea Agreement identifies two other participants, the "SBA Employee" and the "Recruiter Conspirator." Greenberg assisted in the investigation of those subjects through proffers and his willingness to testify against them. The Recruiter Conspirator, through counsel, has advised the United States that he will be pleading guilty to an Information. Although it is unlikely that the guilty plea will occur prior to Greenberg's sentencing, the United States believes that his cooperation was helpful in the impending prosecution. The United States also intends to charge the SBA Employee, which prosecution has been assisted by Greenberg's cooperation.

Second, Greenberg provided information regarding an individual who he recruited to run for elected county office to siphon votes from a rival candidate. As part of that investigation, Greenberg provided detailed information about the conspiracy and scheme. Because Greenberg consented to a search of his cellular phone, investigators were able to locate pertinent text messages regarding these

2

efforts.[1] The United States believes that Greenberg's cooperation was helpful in this investigation, and it is expected that charges, either federal or state, will be brought in this case.

Third, Greenberg provided information regarding a candidate for county elected office to whom Greenberg provided improper financial benefits. The United States believes that Greenberg's cooperation has been helpful in this investigation. It is not yet known whether charges, either federal or state, will be brought in this case.

Greenberg provided information about other possible violations to the United States Attorney Office for the Middle District of Florida, but the United States Attorney Office for the Middle District of Florida does not believe at this time that his assistance on those matters constitutes substantial assistance.

Greenberg has provided information about other possible criminal violations in investigations led by three other federal and state prosecution offices. Although the United States does not believe that, at this time, any of the information provided by Greenberg constitutes substantial assistance, the United States provides this information to the Court.

Greenberg provided information to the State Attorney's Office in Seminole County. Greenberg provided a sworn statement to that office and the Florida Department of Law Enforcement (referred to herein as the "State investigation") on

---

[1] A federal search warrant was obtained for Greenberg's residence, which is where his cell phone was seized pursuant to the warrant. That search warrant pre-dated Greenberg's cooperation and did not encompass this conspiracy and scheme.

one occasion. In addition, the defendant provided information for the State investigation through his attorney on multiple other occasions. The primary[2] focus of the State investigation is state-law financial violations involving a State Senate election in Seminole County, Florida. Three defendants were charged, but the United States has not been advised that any state charges resulted from information provided by Greenberg.[3] The case captions for these cases are: *State v. Eric Foglesong*, 2022-cf-1250A; *State v. Justine Iannotti*, 2022-cf-1250B; and *State v. Benjamin Paris*, 2022-mm-1796A. One defendant (Paris) went to trial and was convicted. Greenberg was not called as a witness for that trial.

Greenberg also provided information to the Public Integrity Section of the United States Department of Justice, which has advised the following regarding its investigation:

> Greenberg cooperated with an investigation conducted by the Public Integrity Section of the Criminal Division of the U.S. Department of Justice and the Federal Bureau of Investigation into allegations that Florida public officials and their associates engaged in commercial sex—including with a minor—distribution of narcotics, obstruction of justice, and other offenses from approximately 2017 to 2020. Prior to pleading guilty in the above-captioned matter, the defendant agreed to be interviewed on two occasions about these matters. During these interviews, the defendant provided truthful and timely information which advanced the ongoing investigation. The defendant also provided follow-up information, including when requested by investigators. Furthermore, the defendant consented to agents copying his cellular telephone

---

[2] In his sworn statement, Greenberg provided information regarding matters in addition to the state-law financial violations involving a State Senate election in Seminole County, Florida.

[3] Greenberg did not meet with the state investigators for this matter until after the defendants had been charged.

and other digital devices and accessing his social-media accounts, which assisted the investigation. The defendant agreed to testify about his knowledge of events surrounding the allegations, if requested.

The third office that Greenberg cooperated with is the United States Attorney's Office for the District of Columbia. This office was given access to some of the information provided by Greenberg through his proffers. In addition to the information from Greenberg's proffers, Greenberg also provided information through his attorney in response to a list of questions sent by the prosecutors in that investigation. This investigation relates to possible coordination for the purpose of unlawfully obstructing the congressional certification of the 2020 electoral college vote on January 6, 2020. Greenberg provided information regarding the recount in the 2018 Governor's election in Florida, which is considered to be possible background information for this investigation.

Date: November 10, 2022

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:   /s/ *Amanda S. Daniels*
        AMANDA S. DANIELS
        Assistant United States Attorney
        FL State Bar No. 111444
        400 W. Washington Street, Suite 3100
        Orlando, Florida 32801
        Telephone: (407) 648-7500
        Facsimile: (407) 648-7643
        E-mail: amanda.daniels@usdoj.gov

U.S. v. JOEL MICAH GREENBERG              Case No. 6:20-cr-97-GAP-LHP

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2022, a true and correct copy of the foregoing document has been sent by email to:

Fritz Scheller, Esq.
fscheller@flusalaw.com
Attorney for the defendant

/s/ *Amanda S. Daniels*
AMANDA S. DANIELS
Assistant United States Attorney
FL State Bar No. 111444
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:       amanda.daniels@usdoj.gov