FILED - USDC - FLMD - ORL
SEP 8 2026 PM1:22

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**
Plaintiff,
v.

Case No. 6:20-cr-00097-GAP-LHP

**JOEL MICAH GREENBERG,**
Defendant.
_______________________________________/

# MOVANT'S REQUEST FOR RESOLUTION OF PENDING MOTION TO UNSEAL (DOC. 200)

Movant, Brian Beute, appearing pro se, respectfully requests that the Court resolve, when practicable, his pending Motion to Unseal (Doc. 200).

The Motion to Unseal is fully briefed. On April 9, 2026, the Court directed the United States to respond to the Motion to Unseal (Doc. 201), and the United States filed its Response in Opposition on April 23, 2026 (Doc. 202). Movant thereafter sought leave to file a Reply (Doc. 204). On May 4, 2026, the Court granted that unopposed request and expressly stated that "[t]he Court will consider the reply (Doc. No. 205) in resolving the motion to unseal." (Doc. 206). Approximately 120 days have passed since that Order.

Federal district courts possess inherent authority to manage their dockets with a view toward the efficient and expedient resolution of cases. See *Dietz v. Bouldin*, 579 U.S. 40, 47 (2016). Consistent with that authority, the basis for this request is limited to the foregoing procedural posture. Movant recognizes the demands of the Court's docket and does not seek expedited consideration or to

dictate the timing of the Court's consideration. He respectfully brings the pending motion to the Court's attention and requests resolution when practicable.

Movant does not seek through this filing to reargue the Motion to Unseal, supplement the existing merits briefing, or enlarge the relief previously requested.

Movant has identified *in camera* review and appropriate redaction as narrower means available to the Court should it determine that any portion of the materials at issue remains properly subject to protection.

Accordingly, Movant respectfully requests that the Court resolve the pending Motion to Unseal (Doc. 200) when practicable.

Respectfully submitted,

Brian Beute
Pro Se Movant
111 N. Orange Avenue, Suite 800
Orlando, FL 32801
Email: babeute@gmail.com
Telephone: 407-538-5919

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of September, 2026, I caused a true and correct copy of the foregoing to be served by U.S. Mail upon the following:

Chauncey A. Bratt
Assistant United States Attorney
400 W. Washington Street, Suite 3100
Orlando, FL 32801

Brian Beute

4346 TUE 09/08 07:46 537660
COURT MIDDLE DISTRICT OF FLORIDA E
401 W CENTRAL BLVD 32801-0120-00
STE 1200
ORLANDO FL

553-1067

ETP: 1 SP:PD:100:Y
1001908740660003280100876774741706

Envelope

Recycle me.

TO OFFICE TO THE CLERK US DISTRICT
COURT MIDDLE DISTRICT OF FLORIDA
401 W CENTRAL BLVD
STE 1200
ORLANDO FL 32801

(999) 999-9999 REF:
INV:
PO: DEPT:

FedEx Express

E

J261026012001uv

WED -- 09 SEP 5:00P
** 2DAY **

TRK# 0201 8767 7474 1706

SS ORLA

32801
FL-US MCO

FedEx®

**This envelope is only for FedEx Express® shipments.**

You can help us get your package safely to its destination by packing your items securely. Need help? Go to **fedex.com/packaging** for packing tips.

Check your FedEx shipping document, the current FedEx Service Guide, or the conditions of carriage for complete terms, conditions, and limits of liability.

© 2025 FedEx 155475/155476 REV 2/25

PAP 21

Please recycle. See how we are connecting the world in responsible and resourceful ways at **fedex.com/sustainability**. Recycling options may vary by location.

**Scan to learn how we can help make Earth a priority together.**