UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 6:20-cr-97-GAP-LHP

JOEL GREENBERG

**NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby respectfully requests that the Clerk of Court substitute the undersigned as government counsel for Assistant United States Attorney Michael P. Felicetta.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: /s/ Hannah Watson
Hannah Watson
Assistant United States Attorney
Florida Bar No. 012632
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: hannah.watson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2026, a true and correct copy of the foregoing document and the notice of electronic filing were sent by United States Mail to the following non-CM/ECF participant:

Brian Beute
111 N. Orange Avenue Suite 800
Orlando, FL 32801

/s/ Hannah Watson
Hannah Watson
Assistant United States Attorney
Florida Bar No. 012632
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: hannah.watson@usdoj.gov